HARRY GLIDEAR, PETITIONER-RESPONDENT, v. HAROLD A. CHARLES, ET AL., RESPONDENTS-APPELLANTS.

Argued June 18, 1951—Decided June 25, 1951.

*Mr. Raymond L. Cunneen* argued the cause for the appellants.

*Mr. Benjamin H. Priest* argued the cause for the respondent.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Rogers in the Superior Court, Appellate Division.

*For affirmance*—Chief Justice VANDERBILT, and Justices CASE, HEHER, OLIPHANT, WACHENFELD, BURLING and ACKERSON—7.

*For reversal*—None.